622

429 A.2d 749

Commonwealth v. Strohl, Appellant.

Submitted March 21, 1980.   Lewis J. Bott, Assistant Public Defender, for appellant;  Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed.

429 A.2d 749

Commonwealth v. Viereckt, Appellant.

Argued June 10, 1980.   G. Alexander Bochetto, for appellant;  Michelle Goldfarb, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and CIRILLO, JJ.*

Judgment of sentence affirmed.